**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-28223-JB**

YURISBEY DIAZ,

Petitioner,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the United States Department of Homeland Security, *et al.*,

Respondents.
_______________________________________/

**ORDER OF TRANSFER**

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. Good cause appearing that a transfer of this action is appropriate pursuant to the Court's Internal Operating Procedure 2.15.00 and Local Rule 3.8, due to the instant case being intertwined with issues raised in Case No. 26-cv-24882-CMA, and subject to the consent of the Honorable Cecilia M. Altonaga, it is hereby **ORDERED AND ADJUDGED** that the above-numbered case is transferred to the calendar of Chief Judge Altonaga for all further proceedings.

**DONE AND ORDERED** in Miami, Florida this 20th day of November, 2026.

_______________________________________
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

After reviewing the file in the above-captioned case, the undersigned accepts the transfer of this case. Therefore, it is **ORDERED AND ADJUDGED t**hat all pleadings filed after this date shall bear the following case number, **26-cv-28223-CMA**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Miami, Florida, this 20th day of November, 2026.

Cecilia M. Altonaga

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**